BENJAMIN DAMPF, Appellant, v. GENERAL HIDE AND SKIN CORPORATION, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB GELMAN, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS CHRISTATOS, Respondent, v. CLIFFORD V. BROKAW and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SADIE PILBERG, an Infant, by JOHN KUUSE, Her Guardian ad Litem, Appellant, v. JACOB ALTMAN, Respondent. VILMA KUUSE, Appellant, v. JACOB ALTMAN, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

NATIONAL SURETY COMPANY, Appellant, v. LOUIS COHEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HARRY SEGALL, Doing Business, etc., Respondent, v. GEORGE H. FINLAY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissents.

MADELEINE S. STERN, Appellant, v. CARRIE MAUTNER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAVAGE REALTY CO., INC., Respondent, v. BENEDICT LUST, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KALMAN GILMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE FINANCE COMPANY OF AMERICA, Respondent, v. LEHN & FINK, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PEERLESS TUBE COMPANY, Appellant, v. HENRY I. STETLER, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALLEN H. KERR, Respondent, v. THE CUNARD STEAM SHIP COMPANY, LTD., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.